UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

609 Emerald Corporation, et al.,

                       Plaintiffs,

    v.

LORENZO DELUCA, et al.,

                       Defendants.
----------------------------------------------------------------X

JUDGMENT
19-cv-03813 (RPK)

      An Order of Honorable Rachel P. Kovner, United States District Judge, having been filed on February 19, 2020, directing Plaintiff to show cause as to why this case should not be dismissed for lack of subject matter jurisdiction; and an Order having been filed on April 10, 2020, dismissing this action for lack of subject matter jurisdiction; it is

      ORDERED and ADJUDGED that this action is dismissed for lack of subject matter jurisdiction.

Dated: Brooklyn, New York
       April 14, 2020

                                        Douglas C. Palmer
                                        Clerk of Court

                             By:    */s/Jalitza Poveda*
                                           Deputy Clerk